THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLEMON JONES, Appellant.

Submitted June 2, 2014; decided June 5, 2014

Motion for assignment of counsel granted and John A. Cirando, Esq., care of D.J. & J.A. Cirando, Esqs., 101 South Salina Street, Syracuse, New York 13202 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAFARI LAMONT, Appellant.

Submitted May 19, 2014; decided June 5, 2014

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARQUAN M., Appellant.

Submitted May 12, 2014; decided June 5, 2014

Motion by Advocates for Children of New York et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.